# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | Case No. 3:21-cv-50371 |
| **Plaintiff,** | Hon. Philip G. Reinhard |
| v. | Mag. Judge Lisa A. Jensen |
| **NASEEM MOHAMMED SALAMAH,** | |
| **Defendant.** | |

## MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT

Plaintiff United States Securities and Exchange Commission ("SEC"), with the consent of Defendant Naseem Mohammed Salamah ("Defendant"), hereby moves the Court to enter final Judgment against Defendant. A copy of the proposed final Judgment is being submitted to the Court simultaneously herewith as a proposed order and also, for the Court's convenience, is attached as Exhibit 2. A Consent executed by Defendant, in which he agrees to the terms of the proposed final Judgment, is attached as Exhibit 1.

If entered by the Court, the proposed final Judgment will completely resolve all claims in this case.

1

WHEREFORE, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its Motion; enter the proposed Consent Judgment set forth in Exhibit 2; and grant such other and further relief as this Court deems just and proper.

Dated: July 5, 2022                    Respectfully submitted,

<u>/s/ Daniel J. Hayes</u>
Daniel J. Hayes (IL No. 6243089)
Dee A. O'Hair (OH No. 0063523)
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-3368
(312) 353-7393 (facsimile)
hayesdj@sec.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that, on July 5, 2022, he filed the above document via the Court's ECF/CM system, which automatically sends notice of the filing to all counsel of record.

s/Daniel J. Hayes